The order below is hereby signed.

Signed: December 18 2013



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ALENE E. WITCHER, | ) | Case No. 13-00614 |
| | ) | (Chapter 7) |
| Debtor. | ) | |

ORDER

The debtor has filed a praecipe (Dkt. No. 46) stating:

> THE CLERK OF COURT WILL ORDER Automatic Stay for the 2009 Hundya Sonta [sic].
>
> To Convert to Chapter 13.

The clerk docketed this as a motion to convert to chapter 13, but it is not clear that is what the debtor intended. Instead, the debtor may be asking for the automatic stay to be reimposed regarding her car because she intends to convert to chapter 13.[1] Accordingly, I will not treat the praecipe as a motion to convert to chapter 13.[2]

---

[1] The court previously granted the car lienor relief from the automatic stay to permit it to repossess the car.

[2] If the debtor wants the case to be converted to chapter 13, she should file a motion making clear that is the relief she seeks.

As to any request regarding the automatic stay, the praecipe is inadequate because any motion in that regard must be served on the car lienor, with notice of an opportunity to oppose the motion under LBR 9013-1.  It is thus

ORDERED that the relief sought by the debtor's praecipe (Dkt. No. 46) quoted above is DENIED without prejudice to seeking relief in an appropriate manner.

[Signed and dated above.]

Copies to: Debtor; recipients of e-notification.