**The order below is signed.**



Even if the objection had been re-filed and designated an objection to the IRS proof of claim, the objection would have to be dismissed.  First, there was not proper service.  Second:

   --on July 24, 2015, the IRS filed an amended proof of claim that eliminates any claim for the year 2013; and

   --on October 6, 2015, the court entered an order overruling the debtor's objection to the claim for the year 2012, the only remaining year for which the IRS has asserted a claim.

**Dated: August 6, 2015.**

_____
**S. Martin Teel, Jr.**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
IN RE
ALENE E. WITCHER                    :   Chapter 13 Case No. 13-00614
    Debtor
```

**ORDER OVERRULING DEBTOR'S "OBJECT TO PROOF OF CLAIM #3 AND TO 2 TO THE IRS"**

Upon consideration of the debtor's Objection filed July 24, 2015 to "the Trustee Report", the Trustee's Response/Objection thereto, and the court record herein, it is,

ORDERED, that the debtor's Objection filed July 24, 2015 be and is hereby overruled.

```
cc:   Alene E. Witcher
      800 Southern Avenue SE #926
      Washington, DC   20032

      Michael J. Martineau
      Trial Attorney, Tax Division
      US Department of Justice
      POB 227, Ben Franklin Station
      Washington, DC   20044

      Cynthia A. Niklas
      Chapter 13 Trustee
      4545 42nd ST NW #211
      Washington, DC   20016-4623
```