The order below is hereby signed.

Signed: August 26 2015



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                            )
                                 )
ALENE E. WITCHER,                )    Case No. 13-00614
                                 )    (Chapter 7)
            Debtor.              )
```

ORDER TREATING THE FIRST PROOF OF CLAIM FILED
BY THE DISTRICT OF COLUMBIA AS WITHDRAWN AND THUS DISALLOWED

This addresses the debtor's objections to the District of Columbia's claim for income taxes for the year 2011 and related penalties and interest. Pursuant to the District of Columbia's withdrawing in open court its first proof of claim (Claim No. 4-1 on the claims register), it is

ORDERED that the District of Columbia's first proof of claim (Claim No. 4-1 on the claims register) is deemed withdrawn and the proof of claim is disallowed.

                                   [Signed and dated above.]

Copies to: Debtor by hand-mailing; recipients of e-notification.

R:\Common\TeelSM\MOM\ORDERS\Witcher - order treating DC tax claim 4-1 as withdrawn.wpd