**FILED**

DEC 0 4 2015

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

Alene Witcher, Debtor.

Case No.: 13-00614

Plaintiff,

Adversary Proceeding No.: _____

v.

Defendant.

### PRAECIPE

This 4 day of December, 2015

THE CLERK OF COURT WILL GRANT A DISCHARGE FOR CASE # 13-00614, AND REFUND OF OVERPAYMENT.

SEE ATTACHMENT

Signature: Alene Witcher
Name (Printed): Alene Witcher
Address: 800 Southern Ave SE 926
Washington DC 20032
Phone Number: 202 469 1264
Attorney For: _____

I CERTIFY THAT ON DECEMBER 7 2015 A COPY WILL BE MAILED TO:

TRUSTEE CYNTHIA NIKLAS
4545 42ND ST NW # 211
WASHINGTON DC 20016

# Attachment

CASE NO: 13-00614

IN RE:

DEBTOR

Alene Witcher

Balance taken from Payment from check for Year 2014 + 2015

Year 2014    5,307.62
Year 2015    6,923.00

Total    12,230.62

OWED TO CREDITOR:
GM Financial _____ 6624.74
TAXES IRS _____ 3700.00
T-Mobile _____ 134.72

Total    10,459.46

DC TAXES    Balance    0

OVER PAYMENT OF: _____ 1,771.16



Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

1101 4th Street, SW
Washington, DC 20024

Date of Notice:   December 1, 2015

Notice Number:  L0000027396

ALENE WITCHER
800 SOUTHERN AVE SE 926
WASHINGTON DC  20032

SSN: ***-**-1086
Customer ID: 00005-87557

## STATEMENT OF ACCOUNT

Your District of Columbia tax liability remains unpaid.  This statement provides you with an accounting of your current balance due.

**Tax Type:**  **Individual Income Tax**              Account ID:

| Filing Period | Tax | Penalty | Interest | Other | Credit | Balance | Messages |
|---|---|---|---|---|---|---|---|
| Dec-31-2010 | $3,351.00 | $149.00 | $422.74 | $0.00 | -$3,922.74 | $0.00 | Exclude Not Included This period is included in a bankruptcy |
| Dec-31-2011 | $2,338.00 | $0.00 | $0.00 | $0.00 | -$2,338.00 | $0.00 | |
| Dec-31-2012 | $1,845.00 | $0.00 | $0.00 | $0.00 | -$1,845.00 | $0.00 | |
| Dec-31-2013 | $1,290.00 | $0.00 | $0.00 | $1,414.00 | -$2,704.00 | $0.00 | Exclude Not Included This period is included in a bankruptcy |
| Dec-31-2014 | $1,307.00 | $0.00 | $0.00 | $0.00 | -$1,307.00 | $0.00 | Exclude Not Included This period is included in a |

RETURN THIS PORTION WITH YOUR REMITTANCE AND/OR CORRESPONDENCE

ALENE WITCHER
800 SOUTHERN AVE SE 926
WASHINGTON DC  20032

Please use the enclosed envelope and include your SSN or EIN, tax type and period on your payment

Media Number:
Notice Number:  L0000027396
Customer ID:   00005-87557
Amount Due:    $0.00

OFFICE OF TAX AND REVENUE
P.O. BOX 419
WASHINGTON D.C. 20044

Amount Enclosed:  $ [ , , . ]

Make check or money order payable to: DC TREASURER


222210110000



February 14, 2014

|  |  |
|---|---|
| Contract Date: | 11/25/08 |
| Year, Make, Model: | 2009 HYUNDAI SONATA GLS |
| Vehicle ID #: | 5NPET46C39H508307 |
| Date of Repossession: | 01/07/14 |
| Account #: | 442399432 |
|  | **830** |

ALENE WITCHER
800 SOUTHERN AVE SE APT 926
WASHINGTON, DC
20032

> **WE ARE AWARE OF YOUR BANKRUPTCY FILING AND/OR DISCHARGE. THIS LETTER IS NOT AN ATTEMPT TO MAKE DEMAND UPON YOU PERSONALLY AND DOES NOT REQUIRE YOU TO MAKE PAYMENTS TO GM FINANCIAL. THIS LETTER IS SENT SIMPLY TO PROVIDE YOU NOTICE AS REQUIRED BY STATE LAW.**

## DISPOSITION OF PROCEEDS

Per state law, we are required to advise you that the above described vehicle was sold at a sale on  2/12/2014                                    PRIVATE

Proceeds of the sale were applied to the account as follows:

| | | |
|---|---|---|
| **Unpaid Amount Financed:** | $ | 11,871.97 |
| Greater of resale proceeds (or Insurance check if a total loss) or Fair Market Value: | $ | 6,113.00 |
| **Balance:** | $ | 5,758.97 |
| **Plus Expenses:** | | |
| Retaking Charges: | $ | 401.00 |
| Charges at Auction: | $ | 579.00 |
| Bailout Fees: | $ | - |
| Attorney's Fees: | $ | - |
| **Plus Debits:**   Late Fees: | $ | 186.77 |
| Less Credits: Payments (Customer, Ancillary) | $ | 301.00 |
| **TOTAL ACCOUNT BALANCE:** | $ | 6,624.74 |

*If you have received a bankruptcy discharge then you are not responsible for any balance on this account.

You may contact us at the toll free number or the address listed below for further information.

DS
DCBKDEF03122013

4001 Embarcardero
Arlington, TX 76014
1-800-937-3635 or
1-800-284-2271


**Internal Revenue Service**
United States Department of the Treasury
PHILADELPHIA, PA 19255-1498

```
026021.462141.203377.20527 1 MB 0.439 536
```

Tracking ID: 100269761040
Date of Issue: 11-17-2015

ANNALEAN WITCHER
800 SOUTHERN AVE SE APT 926
WASHINGTON, DC 20032

026021

Tax Period: December, 2012

Information about the Request We Received

In this letter, we'll report the status of the request we received.

We've enclosed the transcript or transcripts that you requested on November 17, 2015.

A transcript of account shows a summary of your tax return and subsequent actions taken. These actions could include payments, amended returns, and corrections we made to the original return due to math mistakes.

Information for current tax years is available immediately on our computer systems. Delivery time to you depends on how you submit your request and the delivery method you select to receive the information.

If you have any questions about information contained in the transcripts or other enclosed information, please call us at the IRS telephone number listed in your local directory or at 1-800-829-0922.

Sincerely Yours,

*Patricia LaPosta*

Patricia LaPosta, Director
Electronic Products & Svcs Support

Enclosures:
Account Transcript

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

```
                                              Request Date: 11-17-2015
                                             Response Date: 11-17-2015
                                           Tracking Number: 100269761040
```

### Account Transcript

```
FORM NUMBER: 1040                TAX PERIOD: Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER:          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

ANNALEAN WITCHER
800 SOUTHERN AVE SE APT 926
WASHINGTON, DC 20032-4830-260
```

```
     --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:       893.02
ACCRUED INTEREST:       37.93        AS OF: Nov. 30, 2015
ACCRUED PENALTY:         0.00        AS OF: Nov. 30, 2015

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):     930.95

            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:             01
FILING STATUS:          Single
ADJUSTED GROSS
   INCOME:              58,395.00
TAXABLE INCOME:         40,312.00
TAX PER RETURN:          6,111.00
SE TAXABLE INCOME
   TAXPAYER:                0.00
SE TAXABLE INCOME
   SPOUSE:                  0.00
TOTAL SELF
   EMPLOYMENT TAX:          0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Feb. 20, 2014
PROCESSING DATE                                               Apr. 14, 2014
```

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 09221-071-51513-4 | 20141305 | 04-14-2014 | $6,111.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2013 | -$3,268.00 |
| 971 | Withholding allowances limited - letter sent to employer | | 01-17-2012 | $0.00 |
| 972 | Withholding allowances no longer limited - letter sent to employer | | 01-17-2012 | $0.00 |
| 460 | Extension of time to file ext. Date 10-15-2013 | | 04-15-2013 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-27-2013 | $0.00 |
| 166 | Penalty for filing tax return after the due date | 20141305 | 04-14-2014 | $710.75 |

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER | | |
| | 32210-5001 | | A E WITCHER | | | | | 011-26-778-128-15 | | 00091295 | | |
| 2 | P 07 | 57987 | 110 | W | 31.89 | 889.04 | GROSS PAY | 2304.30 | 62501.32 | FROM PREV YR | | 440.00 |
| 2 | P 07 | 57987 | 110 | N | 19.71 | 32.92 | FED TAX  S7 | 145.69 | 3438.77 | EARNED THIS YR | | 184.00 |
| 1 | P 07 | 57987 | 110 | W | 40.00 | 1115.14 | ST TAX DCS08 | 96.49 | 2854.63 | BAL | | 624.00 |
| 1 | P 07 | 57987 | 110 | N | 24.61 | 41.10 | RETIRE  1 | 156.12 | 3903.00 | USED THIS YR | | 169.59 |
| | | | | L | 8.11 | 226.10 | MEDICARE | 32.77 | 890.31 | PP | | .11 |
| | INSURANCE INCOME | | | | | 5.72 | IN8DO | 6.00 | 150.00 | BALANCE | | 478.41 |
| | | | | | | | ALOT | 50.00 | 1100.00 | SICK LEAVE | | |
| | | | | | | | BKRPC | 276.92 | 6923.00 | FROM PREV YR | | 353.38 |
| | | | | | | | HP111SLF | 50.09 | 1243.51 | EARNED THIS YR | | 92.00 |
| | | | | | | | | | | USED THIS YR | | 72.00 |
| | | | | | | | | | | PP | | |
| | | | | | | | | | | BALANCE | | 373.38 |
| | | | | | | | | | | LEAVE WITHOUT PAY | | |
| | | | | | | | | | | THIS PP | | |
| | | | | | | | | | | CUMULATIVE | | |
| | | | | | | | | | | USPS RETIREMENT | | |

NET PAY    1490.22    NT BK    93808.71

POSTMASTER WASHINGTON DC
ATTN: FINANCE
900 BRENTWOOD RD NE
WASHINGTON DC  20066-9998

12-04-2015
00091295

ALENE E WITCHER
800 SOUTHERN AVE SE   926
WASHINGTON DC  20032-4830



year 2015

ALENE L WITCHER

*YEAR 2014*    *DATE 12-19-14*

| Print This Page | USPS Employee Earnings Statement | UNITED STATES POSTAL SERVICE |
|---|---|---|
| Employee: | ALENE WITCHER | Pay Period: 26-2014 |
| Employee ID: | 02116278 | Pay Date: 12/19/14 |
| Finance Number: | 10-5001 | Pay Loc: 22 | Inclusive Dates: 11/29/14 - 12/12/14 | Net Pay $~~~~~ |

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Hours Code | Description | Hours | Amount Pay Period |
|---|---|---|---|---|---|---|---|---|---|---|
| 26-14 | 1 | P | 07 | O | 110 | 57,987 | 43 | PENALTY OVERTIME PAYMENT | 1.96 | 109.28 |
| 26-14 | 1 | P | 07 | O | 110 | 57,987 | 52 | WORK HOURS | 40.00 | 1,115.14 |
| 26-14 | 1 | P | 07 | O | 110 | 57,987 | 53 | OVERTIME HOURS | 15.38 | 643.15 |
| 26-14 | 1 | P | 07 | O | 110 | 57,987 | 54 | NIGHT WORK PREM HOURS | 38.66 | 64.56 |
| 26-14 | 1 | | | | | | | FLSA | | .00 |
| 26-14 | 2 | P | 07 | O | 110 | 57,987 | 52 | WORK HOURS | 40.00 | 1,115.14 |
| 26-14 | 2 | P | 07 | O | 110 | 57,987 | 53 | OVERTIME HOURS | 15.67 | 655.28 |
| 26-14 | 2 | P | 07 | O | 110 | 57,987 | 54 | NIGHT WORK PREM HOURS | 37.02 | 61.82 |
| 26-14 | 2 | | | | | | | FLSA | | 8.63 |

|  | Total Hours Gross Pay: | 3,773.00 |
|---|---|---|
|  | Total Adjustments Gross: | .00 |

***** To view detailed information on adjustments, click on the View Adjustments link ==>    View Adjustments

| Leave | | |
|---|---|---|
| Category: 8.00 | Leave Computation date: 01/08/65 | |
| Annual Leave (AL) | | |
| AL Prior Year Balance | 420.48 | |
| AL Maximum Carryover | 440.00 | |
| AL Carried over from Prior Year | 420.48 | |
| + AL Earned YTD | 192.00 | |
| + AL Holiday Earned YTD | .00 | |
| - AL Used YTD | 146.90 | |
| = Earned Annual Leave Balance | 465.58 | |
| + AL Advanced YTD | 16.00 | |
| = Available AL Balance | **481.58** | |
| AL Used this Pay Period | .00 | |
| Sick Leave (SL) | | |
| Category: 4.00 | | |
| SL Prior Year Balance | 273.38 | |
| + SL Earned YTD | 96.00 | |
| - SL Used YTD | 24.00 | |
| = Current SL Balance | **345.38** | |
| SL Used this Pay Period | .00 | |
| Other Leave | | |
| Leave Without Pay (LWOP) | | |
| Pay Period LWOP | .00 | |
| Calendar LWOP YTD | 8.00 | |
| Leave Increment LWOP | .00 | |
| Retirement | | |
| YTD: 3,973.65 Total: | 89,835.06 | |

| Additional Pay / Other Compensation | Amount Pay Period | YTD |
|---|---|---|
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Gross Pay: | $ 3,773.00 | $ 65,928.57 |

| Deductions | Amount Pay Period | YTD |
|---|---|---|
| Retirement: CSRS - Ret-FICA Code 1 | 156.12 | 3,973.65 |
| Medicare | 54.04 | see YTD below |
| Federal Tax: S 00 | .00 | 4,659.55 |
| Health Plan Pre-tax: (Self only) 111 Blue Cross and Blue Shield | 45.72 | 1,181.16 |
| State Tax: DC S 08 | 226.86 | 3,166.36 |
| Bankruptcy | 276.92 | 5,307.62 |
|  | 6.00 | 156.00 |

# United States Bankruptcy Court

For The
District of Columbia

Case No: 13-00614
SSN #1: XXX-XX-1086

N RE: ALENE E WITCHER
800 SOUTHERN AVE SE
APT #926
WASHINGTON, DC 20032

Date: 5/27/2015

## TRUSTEE'S REPORT ON CLAIMS

Comes now, Cynthia A. Niklas, Esquire, Trustee of the above-captioned matter, and pursuant to 11 U.S.C. sec 704(5), has amined all proofs of claims filed in this matter together with the court record herein and reports that pursuant to 11 U.S.C. c. 501 and 502, applicable Bankruptcy Rules and the court record herein, the following claims are direct pay and/or have been ly filed and/or deemed allowed, unless timely written objection is made and sustained by any party in interest including debtor, except where no purpose would be served by such objection, or indicate the amount paid prior to amendment or withdrawal.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | AMERICREDIT FINANCIAL / POB 183853<br>ARLINGTON, TX 76096 |  |  | DirectPay<br>.00 |
| 001* | AMERICREDIT FINANCIAL / POB 183853<br>ARLINGTON, TX 76096 | 6,390.47 | 6.0000% From 02/26/2014 | Unsecured |
| 002 | US TREASURY / INTERNAL REVENUE SERVICE<br>POB 7317 / PHILADELPHIA, PA 19101-7317 | 9,381.81 | 6 0000% From 02/26/2014 | Priority |
| 002 | US TREASURY / INTERNAL REVENUE SERVICE<br>POB 7317 / PHILADELPHIA, PA 19101-7317 | 796.04 | 6 0000% From 02/26/2014 | Unsecured |
| 003 | DC TREASURER / DC TAX & REVENUE<br>POB 75520 / WASHINGTON, DC 20013 | 6,493.98 | 6 0000% From 02/26/2014 | Priority |
| 003 | DC TREASURER / DC TAX & REVENUE<br>POB 75520 / WASHINGTON, DC 20013 | 4,862.23 | 6.0000% From 02/26/2014 | Unsecured |
| 004 | DC TREASURER / DC TAX & REVENUE<br>POB 75520 / WASHINGTON, DC 20013 | 2,529.50 | 6 0000% From 02/26/2014 | Priority |
| 004 | DC TREASURER / DC TAX & REVENUE<br>POB 75520 / WASHINGTON, DC 20013 | 556.50 | 6.0000% From 02/26/2014 | Unsecured |
| 005 | AMERICAN INFOSOURCE / T-MOBILE<br>POB 248848 / OKLAHOMA CITY, OK 73124-8848 | 134.72 | 6 0000% From 02/26/2014 | Unsecured |
| 006 | PORTFOLIO RECOVERY / POB 12914<br>NORFOLK, VA 23541 | None | 6 0000% From 02/26/2014 | Unsecured |
|  | Total | 31,145.25 |  |  |

PRO SE DEBTOR
ACTING AS OWN ATTORNEY
WASHINGTON, DC 20000

Debtor's Attorney
.00

/s/ Cynthia A. Niklas, Esq

Cynthia A. Niklas, Esq
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016

ne absence of timely filed written objection will be deemed an approval by the debtor of the claims as recited above.

:C: DEBTOR(S)
ATTORNEY

age 1 of 1