**FILED**

**AUG 29 2018**

Clerk, U.S. District and
Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:  Alene Witcher    --------------- Case No. 13-00614
DEBTOR                                    Chapter 13

Vs

Eugene Williams
Government of the District of Columbia
1101 4th Street SW
Washington DC 20024

August 22, 2018

## MOTION

This motion for Sanction for Violation of the Discharge.   DC Taxes claiming I OWE taxes for 2014.  In filing of Proof of Claim, DC Taxes For 2014 was included. Now DC Taxes are in Violation of the Discharge.

Alene Witcher
800 Southern Ave SE 926
Washington, DC 20032

*[signature: Alene Witcher]*

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Office of Tax and Revenue
#### Collection Division

# PROOF OF DEBT CLAIM

| Chapter | Social Security No. | Federal ID No. | Claim Number |
|---|---|---|---|
| 13 Post-Petition Tax Claim | XXXXX1086 | | 13-00614 |

Tax Debtor (Name and Address)

ALENE WICHER
800 SOUTHERN AVENUE SE #926
WASHINGTON, DC   20032

### SCHEDULE OF TAX DEBTS

| BTN | Tax Type | SSL No. | Period | Tax | Penalty | Interest | Other | Total | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | | 2014 | $2,262.00 | $556.50 | $267.50 | $0.00 | $3,086.00 | Failed to file. |
| | | Subtotals | | $2,262.00 | $556.50 | $267.50 | $0.00 | $3,086.00 | |
| | | Grand Totals | | $2,262.00 | $556.50 | $267.50 | $0.00 | $3,086.00 | |

| Interest Computed | | Total Debt Claim | $3,086.00 |
|---|---|---|---|

Note - If this is a PROBATE claim the "TOTAL DEBT CLAIM" is subject to additional interest from _____ to date of payment.

FR-676 (9/78)    13-00614

Page 1



Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

1101 4th Street, SW
Washington, DC 20024

---

Date of Notice:   April 11, 2018

ALENE WITCHER
800 SOUTHERN AVE SE 926
WASHINGTON DC  20032

Notice Number:   L0001847235

Tax Type: Individual Income
SSN: ***-**-1086
Customer ID: 00005-87557
Account ID: 100-000566511

## STATEMENT OF ACCOUNT

Your District of Columbia tax liability in the amount of $2,496.73 remains unpaid. This statement provides you with an accounting of your current balance due.

Interest charges continue to accrue. Additional penalties or fees may apply if certain collection actions are necessary. Please note, the Office of Tax and Revenue is in a multi-year project converting to a new system. If you have a balance due for more than one tax type, you may receive two (2) notices for a complete Statement of Account.

Send your payment for the total balance due TODAY. Make your remittance payable to the D.C. TREASURER. Write your Social Security or customer number on the check or money order. Detach and mail the payment voucher with your payment in the envelope provided.

For electronic or installment payment options, visit MyTax.DC.gov.

To discuss other options available to you, or if you have questions regarding this notice, please call the Collections Division at (202) 724-5045.

---

RETURN THIS PORTION WITH YOUR REMITTANCE AND/OR CORRESPONDENCE

ALENE WITCHER
800 SOUTHERN AVE SE 926
WASHINGTON DC  20032

Please use the enclosed envelope
and include your TIN, tax type
and period on your payment

Media Number: 36178475
Notice Number: L0001847235
Tax Type:      Individual Income
Customer ID:   00005-87557
Account ID:    100-000566511
Amount Due:    $2,496.73



Amount Enclosed: $



**Make check or money order payable to: DC TREASURER**

OFFICE OF TAX AND REVENUE
P.O. BOX 419
WASHINGTON, DC 20044



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

**ALENE E WITCHER**

Case No. **13-00614-SMT**
Chapter 13

Debtor

### NOTICE OF COMPLETION OF CHAPTER 13 PLAN

Nancy L. Spencer Grigsby, Chapter 13 Trustee, advises the Court that the above-captioned Debtor has completed all payments required to be paid to the Trustee under the terms of the confirmed plan.

Respectfully submitted,

Date: April 12, 2017

**/s/ NANCY L. SPENCER GRIGSBY**
Chapter 13 Trustee
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD 21401
(301) 805-4700
NGRIGSBY@CH13MD.COM

### CERTIFICATE OF SERVICE

I hereby certify that this Notice of Completion was served on this 12th day of April, 2017 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid to:

ALENE E WITCHER
800 SOUTHERN AVE SE
APT #926
WASHINGTON, DC 20032
*(Debtor)*

PRO SE DEBTOR
ACTING AS OWN ATTORNEY
WASHINGTON, DC 20000
*(Attorney for the Debtor)*

**/s/ NANCY L. SPENCER GRIGSBY**
NANCY L. SPENCER GRIGSBY